**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| RICHARD HOTTER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>QUINNIPIAC UNIVERSITY,<br><br>Defendant. | Civil Action No.: 3:20-cv-05592-MAS-LHG |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Richard Hotter hereby dismisses without prejudice all claims against Defendant Quinnipiac University.

Dated: August 26, 2020

**BURSOR & FISHER, P.A.**

By: */s/ Andrew Obergfell*

Andrew Obergfell
888 Seventh Avenue
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
Email: aobergfell@bursor.com

*Attorney for Plaintiff*

**So Ordered this 27th day of August, 2020.**

[signature]
**Honorable Michael A. Shipp, U.S.D.J.**